[No. 10212–5–I.   Division One.   September 24, 1984.]

PATRICK J. VAURS, *Respondent,* v. WILLIAM H. BURWELL,
ET AL, *Appellants,* PACIFIC DIESEL COMPANY,
ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 848825, Arthur E. Piehler and Warren Chan,
JJ., entered February 27, 1980, and April 8, 1981. *Affirmed*

*in part* and *reversed in part* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Durham, C.J., and Ringold, J.